Argued March 28, affirmed May 8, reconsideration denied June 14, petition for review denied June 20, 1978

NAYLOR, *Respondent,*

*v.*

PORTLAND WILLAMETTE COMPANY, *Appellant.*

(No. A7708-11250, CA 9747)

578 P2d 501

Elizabeth K. Reeve, Portland, argued the cause and filed the brief for appellant.

Wes A. Franklin, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).